BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**CRAIG J. GABRIEL, OSB #012571**
Assistant United States Attorney
Craig.Gabriel@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:92-mj-00429 |
| v. | MOTION TO DISMISS |
| **LEOBARDO GARCIA-CAZARES,** | |
| **Defendant.** | |

The United States of America, through Billy J. Williams, United States Attorney, and Craig J. Gabriel, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss without prejudice the complaint issued on February 6, 1992, signed by United States Magistrate Judge William M. Dale. Defendant's Yamhill County Circuit Court case has been dismissed.

Dated:  July 26, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Craig J. Gabriel*
CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney